UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| M. DOE, a minor child by her parents, and KELLY CUTRIGHT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> USA GYMNASTICS, THE NATIONAL GYMNASTICS FOUNDATION, ROE FOUNDATIONS 1-1000, SAVANNAH METRO, INC., WILLIAM MCCABE, and THE ESTATE OF MARVIN SHARP, SHARP'S GYMNASTICS ACADEMY <br><br> Defendants. | No. 1:19-cv-01716-JRS-TAB <br><br> JURY DEMANDED |

**RESPONSE TO ORDER TO SHOW CAUSE**

On April 13, 2020, this Court issued a show cause order inquiring as to why this case should not be dismissed for failure to prosecute. Plaintiffs respond as follows:

1. Parties Savannah Metro, William McCabe, Marvin Sharp, and Sharp's Gymnastics' Academy are insured by the same carriers on the same insurance policies as USA Gymnastics.

2. USA Gymnastics is subject to a bankruptcy in the Southern District of Indiana, 18-09108-RLM-11.

3. As part of the USA Gymnastics bankruptcy, the insurance carriers for Savannah Metro, William McCabe, Marvin Sharp, and Sharp's Gymnastics Academy have paid insurance proceeds into the Court.

4. Those insurance proceeds constitute the majority, if not the total of the $217 million settlement proposed by USA Gymnastics.

5. Plaintiffs are also claimants in the United States Gymnastics bankruptcy and it is anticipated that if Plaintiffs accept proceeds from any settlement of the USA Gymnastics bankruptcy, they will have to release their claims against all parties to this action as well as the United States Olympic Committee.

6. The United States Olympic Committee is also a party to that same bankruptcy proceeding, despite not having actually filed for bankruptcy itself.

7. Plaintiffs are actively trying to dismiss the USOC from the USA Gymnastics bankruptcy. (18—9108-RLM Doc 989).

8. If the USOC is dismissed from the USA Gymnastics' bankruptcy they will be added as a party to this action.

9. Plaintiffs would ask that this Court continues to leave this matter pending, pending the resolution of the USA Gymnastics Bankruptcy, as Plaintiffs' claims will either be resolved in that bankruptcy rendering this case moot, or parties will be dismissed from the USA Gymnastics Bankruptcy and Plaintiffs will proceed against with their claims against them in this Court.

Plaintiffs request that this action remain open pending the resolution of the motions to dismiss various parties from the USA Gymnastics Bankruptcy.

Respectfully,

S/Jonathan Little
Attorney For Plaintiffs
Saeed and Little, LLP
133 W. Market #189
Indianapolis, Indiana
(317)721-9214

jon@sllawfirm.com